**Order entered January 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01663-CR

### EX PARTE BRIAN CLONINGER

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. WX13-90036-V**

## ORDER

The Court **GRANTS** appellant's January 9, 2014 motion to extend time to file his brief.

We **ORDER** appellant's brief filed as of the date of this order.

/s/    ELIZABETH LANG-MIERS
PRESIDING JUSTICE